UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-20302-CIV-King/Garber

WAH HONG GO, individually,

    Plaintiff,

v.

WINN-DIXIE STORES, INC., a
Florida corporation,

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court on the plaintiff's Motion to Compel Defendant to Provide Better Answers to Plaintiff's Second Set of Interrogatories and Second Request for Production, defendant's response in opposition, and plaintiff's reply thereto.

The Court has carefully considered the record in this cause, the Motion, response and reply, and the Court being fully advised in the premises, it is hereby

ORDERED that plaintiff's Motion to Compel, etc is GRANTED IN PART and DENIED IN PART as follows:

    1. GRANTED as to Interrogatories numbered 1, 3, and 5;

    2. DENIED as to Interrogatory numbered 2;

    3. GRANTED as to Requests for Production numbered 1, 3, 4, 6, 7, and 11;

    4. DENIED as to Requests for Production numbered 2, 5, 8, and 10.

The aforesaid ruling is based upon the Court's finding that the responses and materials ordered to be produced are either relevant or likely to lead to relevant evidence

in this cause. It is further

ORDERED that the defendant shall provide plaintiff with the aforesaid discovery on or before April 6, 2007.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of March, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE