UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-20302-CIV-King/Garber

WAH HONG GO, individually,

    Plaintiff,

v.

WINN-DIXIE STORES, INC., a
Florida corporation,

    Defendant.
_____/

## **OMNIBUS ORDER**

THIS CAUSE was before the Court for hearing on pending discovery motions filed by both parties to this cause. The Court has considered the record, submissions of the parties, and argument of Counsel. Upon due consideration of said motions it is hereby

ORDERED as follows:

1. Plaintiff's Motion to Compel Defendant to Provide Better Answers to Plaintiff's Third Set of Interrogatories and Third Request for Production (DE 99) is DENIED as follows:

    a. Plaintiff having announced that responses to Interrogatories numbered 1 and 3 have been provided, said Motion as to said interrogatories is DENIED AS MOOT.

    b. DENIED as to Interrogatory numbered 4.

    c. DENIED as to Request for Production numbered 1, the Court finding that the documents sought are irrelevant to issues in this cause.

2. Plaintiff's Motion for Order Holding Defendant Winn-Dixie in Contempt of Court and for Other Relief (DE 101) is GRANTED IN PART and DENIED IN PART as follows:

    a. The part of the Motion seeking Contempt is DENIED WITHOUT PREJUDICE.

b. The defendant shall, within 7 days of the date of this Order, provide full and complete answers to plaintiff's Second Set of Interrogatories and shall provide those documents requested in Requests numbered 1, 3, 4, and 11.

3. Defendant Winn-Dixie's Motion to Compel Responses to Winn-Dixie's Third Set of Interrogatories (DE 102), by which Winn-Dixie seeks specific explanation as to entry in credit card statements provided by the plaintiff, is DENIED.

4. Winn-Dixie's Omnibus Motion to Compel responses to Winn-Dixie's Fourth Set of Interrogatories, etc. (DE 111) is DENIED. It is further

ORDERED that all applications for attorneys' fees and costs set forth in the aforesaid motions are DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 7th day of June, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record